UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

RE: BRADLEY A. MOORE )   CASE NO. 08-50728
                      )   CHAPTER 7
                      )
       DEBTORS        )

## NOTICE TO PAY UNCLAIMED MONEY INTO UNITED STATES TREASURY ACCOUNT

Comes Alan C. Stout, trustee herein and states in the above-styled case the following check, issued more than ninety (90) days ago, has not been negotiated:

04/20/2010    Ck No. 113    Gavilon Grain, LLC
                            dba Peavey Company           $ 2,196.37
                            c/o Charles Edward Clem, Esq.
                            Neal Wilson & Clem
                            9 South Main Street
                            Henderson, KY 42420

Wherefore, the trustee is mailing a check in the sum of $2,196.37 made payable to the Clerk, U. S. Bankruptcy Court for deposit in the U S Treasury account for unclaimed funds. (11 U.S.C. Section 347.)

        /S/
ALAN C. STOUT
TRUSTEE IN BANKRUPTCY
P O BOX 81
MARION, KY 42064
270-965-4600